## Court of Common Pleas of Philadelphia County
### Trial Division
# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)
JUNE 2022
E-Filing Number: 2206060009
**002767**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| AIXA MARIE. SANTIAGO-TORRES | THE KELLOGG COMPANY, ALIAS: KELLOGG'S |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 454 WEST KING STREET APARTMENT 2<br>LANCASTER PA 17603 | ONE KELLOGG SQUARE P.O. BOX 3599<br>BATTLE CREEK MI 49016 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | JOHN DOE, ALIAS: UNIDENTIFIED OPERATOR WHO LOADED ITEMS |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 1234 XXXX<br>XXXX PA 00000 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 2 | ☒ Complaint ☐ Petition Action ☐ Notice of Appeal<br>☐ Writ of Summons ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☐ Jury<br>☒ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

**CASE TYPE AND CODE**
20 - PERSONAL INJURY - OTHER

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

FILED
PRO PROTHY
JUN 30 2022
A. STAMATO

**IS CASE SUBJECT TO COORDINATION ORDER?** YES NO

TO THE PROTHONOTARY:
Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: AIXA MARIE SANTIAGO-TORRES
Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| JAY L. SOLNICK | SOLNICK LAWYERS<br>2851 LIMEKILN PIKE<br>GLENSIDE PA 19038 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)481-9979 | (215)481-9980 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 74109 | jsolnick@solnicklawyers.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| JAY SOLNICK | Thursday, June 30, 2022, 07:52 am |

FINAL COPY (Approved by the Prothonotary Clerk)


EXHIBIT A

SOLNICK & ASSOCIATES, LLC
BY: JAY L. SOLNICK, ESQUIRE
ATTORNEY I.D. NO. 74109
2851 LIMEKILN PIKE
GLENSIDE, PA 19038
215-481-9979
jsolnick@solnicklawyers.com

ATTORNEY FOR PLAINTIFF

Filed and Attested by the
Office of Judicial Records
30 JUN 2022 07:32 am
S. STAMATO

AN ASSESSMENT OF DAMAGES
HEARING IS REQUIRED.

| | |
|---|---|
| **AIXA MARIE SANTIAGO-TORRES**<br>454 West King Street, Apt 2<br>Lancaster, PA 17603<br>                        **Plaintiff**<br><br>v.<br><br>**THE KELLOGG COMPANY d/b/a**<br>**KELLOGG'S**<br>One Kellogg Square<br>P.O. Box 3599<br>Battle Creek, MI 49016-3599<br>        and<br>**JOHN DOE, UNIDENTIFIED PERSON OR**<br>**BUSINESS ENTITY/OWNER/OPERATOR OF**<br>**COMPANY THAT LOADED ITEMS THAT**<br>**INJURED PLAINTIFF AS DESCRIBED**<br>**HEREIN**<br>                        **Defendants** | **COURT OF COMMON PLEAS**<br>**PHILADELPHIA COUNTY**<br><br>_____ **TERM, 2022**<br><br>**NO.** _____ |

## COMPLAINT - CIVIL ACTION
### 2O Other Personal Injury

"NOTICE"

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA BAR ASSOCIATION
Lawyer Referral and Information Service
1101 Market Street, Floor 11
Philadelphia, PA 19107
Phone: (215) 238-6333

"AVISO"

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion hace falta asentar una comparencia escrita en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objectiones a las demandes en contra a de su persona. Sea avisado que si usted no se defiende la corte tomara medidas y puede continuar las demanda en contra suya sin previo aviso o notificacion. Ademas la corte puedo decidir a favor del demandante y requiere que usted cumpla as las provisiones de esta demanda. Usted puedo dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASSOCIACION DE LICENDIADOS DE FILADELFIA
Servicio De Refencia E Informacion Legal
1101 Market Street, Floor 11
Filadelfia, Pennsylvania 19107
Telefono: (215) 238-6333

Case ID: 220602767

| | |
|---|---|
| **SOLNICK & ASSOCIATES, LLC**<br>BY: **JAY L. SOLNICK, ESQUIRE**<br>ATTORNEY I.D. NO. 74109<br>2851 LIMEKILN PIKE<br>GLENSIDE, PA 19038<br>215-481-9979<br>jsolnick@solnicklawyers.com | **ATTORNEY FOR PLAINTIFF**<br><br>**MOTOR VEHICLE CASE.**<br><br>**AN ASSESSMENT OF DAMAGES**<br>**HEARING IS REQUIRED.** |
| **AIXA MARIE SANTIAGO-TORRES**<br>454 West King Street, Apt 2<br>Lancaster, PA 17603<br>　　　　　　　　　**Plaintiff**<br><br>　　　v.<br><br>**THE KELLOGG COMPANY d/b/a**<br>**KELLOGG'S**<br>One Kellogg Square<br>P.O. Box 3599<br>Battle Creek, MI 49016-3599<br>　　　　　and<br>**JOHN DOE, UNIDENTIFIED PERSON OR**<br>**BUSINESS ENTITY/OWNER/OPERATOR OF**<br>**COMPANY THAT LOADED ITEMS THAT**<br>**INJURED PLAINTIFF AS DESCRIBED**<br>**HEREIN**<br>　　　　　　　　　**Defendants** | : **COURT OF COMMON PLEAS**<br>: **PHILADELPHIA COUNTY**<br>:<br>:<br>: _____ **TERM, 2022**<br>:<br>: **NO.** _____<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## COMPLAINT - CIVIL ACTION
### 2O Other Personal Injury

1. Plaintiff, Aixa Marie Santiago-Torres, is an adult individual who resides at the address indicated in the above caption.

2. Defendant, The Kellogg Company d/b/a Kellogg's ("Kellogg's"), is, upon information and belief, business entity which is authorized to do business in Pennsylvania, and which regularly conducts business and is amenable to service of process in Philadelphia County.

3. Defendant, John Doe, Unidentified Person(s) Or Business Entity/Owner/Operator of Company that loaded the items that injured Plaintiff, as described herein, is an individual or business entity that loaded the truck involved in the itmes that injured Plaintiff ("John Doe"). As to John Doe:

  a) John Doe is an individual or business with an actual name currently unknown to Plaintiff after having conducted a reasonable search with due diligence;

  b) John Doe is a ficticious name;

  c) A reasonable search to determine the actual name of John Doe has been conducted.

4. Any acts or omissions alleged herein to have been committed or omitted by Defendants were committed or omitted by and through Defendants' agents, servants, workmen, and\or employees acting within the course and scope of their employment.

5. On August 18, 2020, Plaintiff, Aixa Marie Santiago-Torres, was an employee of Ryder Systems, Inc., working at 2001 Yellow Goose Road, Lancaster, Pennsylvania.

6. On the aforesaid date and time, Plaintiff was about to begin unloading a tractor-trailer when, suddenly and without warning, of pallets of product began falling out of the trailer when Plaintiff opened the door, striking Plaintiff's left arm and her body.

7. As a direct and proximate result of the foregoing incident and Defendants' negligence, carelessness and/or recklessness, Plaintiff, Aixa Marie Santiago-Torres, sustained painful and severe injuries which include, but are not limited to, left shoulder, arm and elbow sprain/strain, left shoulder rotator cuff syndrome, left shoulder and elbow contusion, and a left shoulder superior labrum anterior and posterior (SLAP) tear.

8. As a direct and proximate result of the foregoing incident and Defendants' negligence, carelessness and/or recklessness, Plaintiff, Aixa Marie Santiago-Torres, has suffered great physical pain and mental suffering, inconvenience in carrying out her daily activities, a loss of life's pleasures and enjoyment, scarring and disfigurement, a loss of earnings and earning capacity, and she may suffer pain and inconvenience into the future.

9. As a direct and proximate result of the foregoing incident and Defendants' negligence, carelessness and/or recklessness, Plaintiff, Aixa Marie Santiago-Torres, has been compelled to undergo otherwise unnecessary medical treatment and to incur miscellaneous medical expenses in an effort to restore herself to health and she may be forced to incur additional medical expenses in the future.

10. As a direct and proximate result of the foregoing incident and Defendants' negligence, carelessness and/or recklessness, Plaintiff, Aixa Marie Santiago-Torres, continues to suffer pain and limitation and, therefore, avers that her injuries may be of a permanent nature, causing residual problems into the future.

### COUNT I – NEGLIGENCE
### PLAINTIFF v. DEFENDANT, KELLOGG'S

11. Plaintiff hereby incorporates paragraphs 1 through 10 above as if fully set forth at length herein.

12. The foregoing incident and all of the injuries and damages set forth herein sustained by Plaintiff were the direct and proximate result of the negligence and carelessness of Defendant, Kellogg's, as follows:

    a. Causing the dangerous and/or hazardous condition to exist;

    b. Failing to prevent the dangerous and/or hazardous condition from existing;

    c. Failing to properly and/or adequately manage, train and/or supervise its agents, servants, workmen and/or employees;

    d. Failing to institute and/or enforce adequate procedures and policies to prevent the dangerous and defective condition from existing;

    e. Failing to ensure that all employees were aware of appropriate safety precautions;

    f. Failing to properly secure and inspect skids/pallets of product;

    g. Failing to properly load the trailer;

      h.      Failing to properly secure the pallets and product on the trailer;

      i.      Failing to warn; and

      j.      Being otherwise negligent under the circumstances.

13.    As a direct and proximate result of the foregoing incident and Defendant's negligence and carelessness, Plaintiff, Aixa Marie Santiago-Torres, sustained the injuries and damages set for in paragraphs 7 through 10, *supra*.

WHEREFORE, Plaintiff, Aixa Marie Santiago-Torres, demands judgment against Defendant, The Kellogg Company d/b/a Kellogg's, in an amount in excess of Fifty Thousand Dollars ($50,000.00), plus interest, costs, and any other relief which this Honorable Court may deem just and fair.

## COUNT II – NEGLIGENCE
## PLAINTIFF v. DEFENDANT, JOHN DOE

14.    Plaintiff hereby incorporates paragraphs 1 through 13 above as if fully set forth at length herein.

15.    The foregoing incident and all of the injuries and damages set forth herein sustained by Plaintiff were the direct and proximate result of the negligence and carelessness of Defendant, John Doe, through his/its respective agents, servants, workmen, employees and/or agents, included, *inter alia,* the following:

      a.      Causing the dangerous and/or hazardous condition to exist;

      b.      Failing to prevent the dangerous and/or hazardous condition from existing;

      c.      Failing to properly and/or adequately manage, train and/or supervise its agents, servants, workmen and/or employees;

      d.      Failing to institute and/or enforce adequate procedures and policies to prevent the dangerous and defective condition from existing;

      e.      Failing to ensure that all employees were aware of appropriate safety precautions;

      f.      Failing to properly secure and inspect skids/pallets of product;

      g.      Failing to properly load the trailer;

      h.      Failing to properly secure the pallets and product on the trailer;

      i.      Failing to warn; and

      j.      Being otherwise negligent under the circumstances.

17.    As a direct and proximate result of the foregoing incident and Defendant's negligence and carelessness, Plaintiff, Aixa Marie Santiago-Torres, sustained the injuries and damages set for in paragraphs 7 through 10, *supra*.

WHEREFORE, Plaintiff, Aixa Marie Santiago-Torres, demands judgment against Defendant, John Doe, in an amount in excess of Fifty Thousand Dollars ($50,000.00), plus interest, costs, and any other relief which this Honorable Court may deem just and fair.

                        **SOLNICK & ASSOCIATES, LLC**

                        **BY:**    /s/ Jay L. Solnick
                              **JAY L. SOLNICK, ESQUIRE**
                              **Attorney for Plaintiff**

Case ID: 220602767

## VERIFICATION

I, Aixa Marie Santiago-Torres, hereby verify that I am the Plaintiff in the foregoing matter and that the statements made in the foregoing Complaint are true and correct to the best of my knowledge, information and belief. I understand the statements therein are made subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities.

_____
**AIXA MARIE SANTIAGO-TORRES**

Case ID: 220602767

# citrix | RightSignature

## SIGNATURE CERTIFICATE

**REFERENCE NUMBER**
D5B4210B-9BCB-4183-9DCF-2BBFFEB1F3DC

### TRANSACTION DETAILS

**Reference Number**
D5B4210B-9BCB-4183-9DCF-2BBFFEB1F3DC

**Transaction Type**
Signature Request

**Sent At**
05/20/2022 10:09 EDT

**Executed At**
05/20/2022 15:45 EDT

**Identity Method**
email

**Distribution Method**
email

**Signed Checksum**
973a5237319e3048f507e6bf7375b4e318ca7c8e1f68e6b6133de732d2284fdd

**Signer Sequencing**
Disabled

**Document Passcode**
Disabled

### DOCUMENT DETAILS

**Document Name**
Verification Unsigned

**Filename**
verification_unsigned.pdf

**Pages**
1 page

**Content Type**
application/pdf

**File Size**
73.1 KB

**Original Checksum**
cc2cb2a3dba13a706bfac2cd0fb6992f6eb82e7578cbd512f1369b79ebae7b5a

## SIGNERS

**SIGNER**
Name: Aixa Marie Santiago-Torres
Email: aixalvschin10@gmail.com
Components: 1

**E-SIGNATURE**
Status: signed
Multi-factor Digital Fingerprint Checksum: f348033c2389d2d48e6ddc5c66f0bf5e83c6addb041fb5cbb777ff8b1624e365
IP Address: 174.59.36.200
Device: Mobile Safari via iOS
Drawn Signature:

Signature Reference ID: F9B842CF
Signature Biometric Count: 198

**EVENTS**
Viewed At: 05/20/2022 15:43 EDT
Identity Authenticated At: 05/20/2022 15:45 EDT
Signed At: 05/20/2022 15:45 EDT

## AUDITS

| TIMESTAMP | AUDIT |
| --- | --- |
| 05/20/2022 10:09 EDT | Stephanie Decker (sdecker@solnicklawyers.com) created document 'verification_unsigned.pdf' on Chrome via Windows from 67.43.12.144. |
| 05/20/2022 10:09 EDT | Aixa Marie Santiago-Torres (aixalvschin10@gmail.com) was emailed a link to sign. |
| 05/20/2022 15:43 EDT | Aixa Marie Santiago-Torres (aixalvschin10@gmail.com) viewed the document on Mobile Safari via iOS from 174.59.36.200. |
| 05/20/2022 15:45 EDT | Aixa Marie Santiago-Torres (aixalvschin10@gmail.com) authenticated via email on Mobile Safari via iOS from 174.59.36.200. |
| 05/20/2022 15:45 EDT | Aixa Marie Santiago-Torres (aixalvschin10@gmail.com) signed the document on Mobile Safari via iOS from 174.59.36.200. |

Case ID: 220602767